**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Paul DUPAQUIER,**
**Defendant–Appellant.**

**No. 06–14842**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2007.

Chet Kaufman, Randolph P. Murrell, Federal Public Defenders, Tallahassee, FL, Kafahni Nkrumah, Pensacola, FL, for Plaintiff–Appellee.

Nancy J. Hess, Edwin F. Knight, United States Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Defendant–Appellant.

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Michael Paul Dupaquier in this direct criminal appeal, has moved to withdraw

from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dupaquier's conviction and sentence are **AFFIRMED.**